UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RACHELLE WATSON,

              Plaintiff,

vs.

CAPITAL LINK MANAGEMENT, LLC and SAMUEL PICCIONE,

              Defendants.

Case No.: 4:22-cv-293-SRW

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Rachelle Watson, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses her claims, without prejudice.

Dated: September 11, 2022

*/s/ Anthony LaCroix*
Anthony LaCroix (#60793)
LaCROIX LAW FIRM, LLC
1600 Genessee, Suite 956
Kansas City, MO  64102
(816) 399-4380
Tony@lacroixlawkc.com

Michael L. Greenwald
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
(561) 826-5477
mgreenwald@gdrlawfirm.com

Counsel for Plaintiff

1